FIRST CONSTITUTION BANK *v.* THOMAS J. PULITO ET AL. (11557)

DALY, O'CONNELL and HEIMAN, Js.

Argued June 11—decision released July 6, 1993

*Bernard Pellegrino,* for the appellant (plaintiff).

*Andrew D. Cretella,* for the appellee (defendant Anthony C. Testo).

PER CURIAM. The judgment is affirmed.